# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JABBAR MUHAMMAD ALI WILLIAMS, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV415-037 ) |
| GENE HARLEY, DISTRICT ATTORNY MEG HEAP, GILBERT STACY, | ) ) ) ) ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

Proceeding *pro se*, Jabbar Muhammad Ali Williams filed this 42 U.S.C. § 1983 case against those involved in the state court criminal case against him. Doc. 1. The Court granted him leave to proceed *in forma pauperis* on the condition that he return PLRA paperwork by March, 22, 2015. Doc. 3. He has failed to respond.

Accordingly, his case should be **DISMISSED WITH PREJUDICE** for disobeying a Court Order and on abandonment grounds. Fed. R. Civ. P. 41(b); L.R. 41(b) (authorizing dismissal for neglect of any Court order); see *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962); *Mingo v.*

*Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED**, this 3rd day of April, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA