# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JABBAR MUHAMMAD ALI WILLIAMS, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) Case No. CV415-037<br>) |
| GENE HARLEY,<br>DISTRICT ATTORNY MEG HEAP,<br>GILBERT STACY, | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 15th day of May, 2015.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA